# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Information Systems Audit and Control Association, Inc. d/b/a ISACA,<br><br>Plaintiff,<br><br>v.<br><br>DQS Certification India Pvt. Ltd. and Rajendra Khare,<br><br>Defendants. | Case No. 22 C 61<br>Hon. LaShonda A. Hunt |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Defendant's motion to dismiss for lack of subject matter jurisdiction is granted and this case is dismissed as to all Defendants without prejudice to Plaintiff refiling its claims in an appropriate forum.

---

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
☒ decided by Judge LaShonda A. Hunt on December 4, 2024.

Date:  12/4/2024                              Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Courtroom Deputy